

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2019

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Joshua Mirabal*, 16 Cr. 272 (VM)

Dear Judge Marrero:

   The Government writes to respectfully request a one-week adjournment of the sentencing date for the above-referenced defendant. Sentencing in this matter is currently scheduled for Friday, September 20, 2019. Because the undersigned will be traveling out of the District on that date, the Government respectfully requests that the sentencing be adjourned to Friday, September 27, 2019 at 9:30 AM. The Government has conferred with defense counsel, Andy Patel, Esq., who consents to this request, and has confirmed with Your Honor's clerk that the Court is available at the requested date and time.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney
        Southern District of New York

   By:    /s/
        Maurene Comey
        Assistant United States Attorneys
        (212) 637-2324

cc: Andy Patel, Esq. (by ECF)