

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2022

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:    *United States v. Joshua Mirabal*, S3 16 Cr. 272 (VM)**

Dear Judge Marrero:

The Government respectfully submits this letter in response to the Court's Order dated August 22, 2022 regarding the above-referenced defendant's *pro se* habeas petition and motion for compassionate release.  (Dkt. No. 652).  Although the Court has indicated that both motions should be available to the Government via sealed docket entries, the undersigned Assistant United States Attorney does not see any docket entries on ECF corresponding to those filings and is therefore unable to access either filing.[1]

In order to respond to both motions, the Government respectfully requests that the undersigned AUSA be granted access to the sealed docket entries corresponding to the two *pro se* motions referenced in the Court's August 22, 2022 order.  The Government further requests that it be granted additional time to respond to each motion after the undersigned has been permitted to review each filing.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

By:    _____/s/_____
Maurene Comey
Assistant United States Attorneys
(212) 637-2324

cc:    Joshua Mirabal, *pro se* (by mail)

---

[1] The undersigned has received one document via U.S. Mail from the defendant, the envelope of which indicated that it was sent on June 7, 2022.  Because the undersigned cannot view the relevant docket entries on ECF, the Government does not know whether this document is a copy of either of the motions that the defendant has submitted to the Court.