USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

         - against -

JOSHUA MIRABAL,

              Defendant.

**16 CR 272 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant Joshua Mirabal ("Mirabal") filed a pro se motion pursuant to 18 U.S.C. § 3582(c)(1)(A), which was docketed on March 19, 2026. (See Dkt. No. 692). Mirabal additionally filed a pro se motion pursuant to 28 U.S.C. § 2255, which was docketed on March 31, 2026. (See Dkt. No. 696).

The Government is hereby directed to respond to the arguments Mirabal raises in those motions within sixty (60) days of the date of this order.

**SO ORDERED.**

Dated:    31 March 2026
          New York, New York

Victor Marrero
U.S.D.J.

1